# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 96-64 |
| ) | |
| FREDERICK HAMILTON BANKS, ) | Judge Cathy Bissoon |
| ) | |
| Defendant. ) | |

## ORDER

Defendant's "Notice to the Court and Motion to Vacate Restitution & Fine Orders, or Modify and to Return Prior Payments" (**Doc. 82**) is **DENIED**, as follows. Defendant has listed in the filing's caption four Criminal Action Numbers: 03-245 (NBF), 04-176 (JFC), 96-64 (CB) and 15-168 (MRH). All of these cases are assigned to different District Judges. Assuming the relief-requested may be granted, the Court has no context for discerning the restitution and/or fine orders to which Defendant refers.

While Defendant's practice of marking multiple case numbers on a single submission may, in his perception, prove an effective "short cut," it has resulted in substantial confusion for the Clerk's Office, the Court and, probably to some degree, Defendant himself. It is not the Clerk's Office's job, nor is it the Court's, to decipher which case or cases are the proper "home" for Defendant's submissions.

Accordingly, Defendant hereby is **ORDERED** to cease the practice of listing multiple case numbers on his submissions, and the Clerk's Office is directed, from this point on, to discard any submission by Defendant containing more than one case number in the caption.

If a submission *properly* is directed to more than one case, Defendant shall submit copies of the document, with different case numbers in the caption, for each case. This instruction

should <u>not</u> be construed as an invitation for Defendant to direct every submission to every case number affiliated with him.  Rather, <u>Defendant's decisions regarding the case or cases to which his submissions are directed must be the result of thoughtful and deliberate consideration</u>.

    IT IS SO ORDERED.


July 31, 2019                                                  <u>s\Cathy Bissoon</u>
                                                                       Cathy Bissoon
                                                                       United States District Judge


cc (via First-Class, U.S. Mail):

Frederick H. Banks
Doc & Pod No. 120759, 8E
Allegheny County Jail
950 2nd Avenue
Pittsburgh, PA  15219

cc (via ECF email notification):

All Counsel of Record